

**TAL DICKSTEIN**
Partner

345 Park Avenue
New York, NY 10154

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2019

Via ECF and E-mail

November 21, 2019

Hon. Analisa Torres
United States District Court for the Southern
District of New York
500 Pearl Street
New York, New York 10007

Re:   *Pickett v. Migos Touring, Inc., et al.*, Case No. 18 Civ. 09775 (SDNY) (AT)

Dear Judge Torres:

We represent Defendants Migos Touring, Inc., Capitol Records, LLC, Quality Control Music, LLC, Quavious Marshall (p/k/a Quavo), Kiari Cephus (p/k/a Offset) and Kirsnick Ball (p/k/a Takeoff) (collectively, "Defendants") in the above-referenced action. We write to request a 21-day extension of Defendants' time to move for an award of their attorneys' fees under Section 505 of the Copyright Act, 17 U.S.C. § 505, from November 26, 2019 to December 17, 2019.

Under Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure, motions for attorneys' fees must be filed within 14 of the entry of judgment, unless that deadline is extended by court order. Defendants respectfully submit that good cause exists for this requested extension. This action involved, among other things, a fully-briefed motion to dismiss, extensive fact and expert discovery including six depositions and dozens of document requests and interrogatories over a period of approximately nine months, and the preparation of pre-motion letters and statements of fact for summary judgment, before the case was ultimately dismissed on November 12, 2019. The requested extension will give Defendants sufficient time to concisely summarize the extended history of this lawsuit, and demonstrate why the attorneys' fees and costs Defendants incurred are reasonable. Defendants sought Plaintiff's consent to this requested extension, but counsel indicated she could neither consent nor oppose the request, as she anticipates moving to withdraw as counsel for Plaintiff. This is the first request for an extension of this deadline.

In sum, Defendants respectfully ask that the Court extend their deadline to move for an award of their attorneys' fees and costs, from November 26, 2019 to December 17, 2019.

Respectfully yours,

*Tal Dickstein*
Tal Dickstein
Partner

GRANTED in part, DENIED in part. Defendants' deadline to move for an award of attorney's fees and costs is EXTENDED to **December 10, 2019**.

SO ORDERED.

Dated: November 21, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge