USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leander C. Pickett,

                    Plaintiff,

-against-

Migos Touring, Inc. et al.,

                    Defendants.

1:18-cv-09775 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on December 10, 2019, Defendants Migos Touring, Inc., Capitol Records, EEC, Quality Control Music, EEC, Quavious Marshall p/k/a Quavo, Kiari Cephus p/k/a Offset and Kirsnick Ball p/k/a Takeoff filed a motion an award of attorneys' fees and costs, pursuant to Section 505 of the Copyright Act, 17 U.S.C. § 505, and Federal Rule of Civil Procedure 54(d)(2) (Motion for Attorney Fees and Costs, ECF No. 123); and

WHEREAS, Plaintiff's papers in opposition to the Motion for Attorney Fees and Costs are due to be filed by December 26, 2019 (*see id*.); and

WHEREAS, on December 11, 2019, Plaintiff's counsel, Dana Whitfield ("Whitfield"), filed a motion to withdraw as attorney for Plaintiff (Motion to Withdraw, ECF No. 127); and

WHEREAS, in the Affirmation in support of the Motion to Withdraw, Whitfield refers to this case as being "post-judgment" (Whitfield Aff., ECF No. 127, at 3); and

WHEREAS, no judgment has yet been filed in this case.

NOW, THEREFORE, it is hereby ORDERED, as follows:

1. Plaintiff Leander C. Pickett shall submit any papers in opposition to his counsel's Motion to Withdraw no later than December 20, 2019. Plaintiff shall submit any such papers to his counsel, and his counsel shall promptly file them on the ECF docket.

2. Plaintiff's counsel shall show cause no later than December 20, 2019 why "satisfactory reasons" exist to grant the Motion to Withdraw prior to any papers being filed in opposition to the pending Motion for Attorney Fees and Costs (*see* Local Civil Rule 1.4), and why Plaintiff's counsel should not file any opposition papers prior to withdrawal.

3. Plaintiff's counsel shall send a copy of this Order to Plaintiff no later than 5:00 p.m. today (December 13) both by electronic means (if available) and by express courier (*e.g.*, U.S. Postal Service Priority Mail Express).

**SO ORDERED.**

DATED:   New York, New York
         December 13, 2019

_____
STEWART D. AARON
United States Magistrate Judge