USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEANDER C. PICKETT,

    Plaintiff,

-against-

MIGOS TOURING, INC., CAPITOL RECORDS, LLC, QUALITY CONTROL MUSIC, LLC, QUAVIOUS MARSHALL p/k/a QUAVO, KIARI CEPHUS p/k/a OFFSET, KIRSNICK BALL p/k/a TAKEOFF, JOSHUA PARKER p/k/a OG PARKER and GRANT DECOUTO p/k/a DEKO,

    Defendants.

18 Civ. 9775 (AT)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED that for the reasons stated in the Court's Order dated November 12, 2019, Defendants' motion to dismiss for failure to state a claim is granted; accordingly, this action is dismissed with prejudice.

Dated: New York, New York
       February 13, 2020

                      RUBY J. KRAJICK
                      Clerk of Court

BY: _____
                Deputy Clerk